ACCEPTED
03-13-00599-CV
4397018
THIRD COURT OF APPEALS
AUSTIN, TEXAS
3/6/2015 10:59:03 AM
JEFFREY D. KYLE
CLERK

## NO. 03-13-00599-CV

---

# In The Court of Appeals
# For The Third District of Texas
# Austin, Texas

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
3/6/2015 10:59:03 AM
JEFFREY D. KYLE
Clerk

---

Horse Hollow Generation Tie LLC,

*Appellant,*

v.

Whitworth-Kinsey #2, Ltd.,
Whitworth-Kinsey #3, Ltd., and David Olen Whitworth,

*Appellees.*

---

On Appeal from the 119th District Court of Concho County, Texas
The Honorable Garland B. Woodward, Presiding Judge
(Trial Cause No. DAC-09-04042)

### APPELLEES' UNOPPOSED FIRST MOTION FOR CONTINUANCE OF SUBMISSION AND ORAL ARGUMENT

TO THE HONORABLE COURT OF APPEALS:

NOW COME Appellees Whitworth-Kinsey #2, Ltd., Whitworth-Kinsey #3, Ltd. and David Olen Whitworth and respectfully move the Court to continue the submission and oral argument date currently set for April 9, 2015.

1.      Appellees' counsel, Matthew F. Wymer, received the Court's notice of the submission and oral argument date by mail on Wednesday, March 4, 2015. Appellee's counsel cannot attend the argument date scheduled for April 9, 2015 as

2131961v.1  IMANAGE 106638                    1

he is currently set for trial in Bexar County the week of April 6, 2015 in Cause No. 2011-CI-17823; *Larry Little v. City of Leon Valley Economic Development Corporation*; in the 37th Judicial District, Bexar County Texas. The matter set for trial has been on the Bexar County Court's docket since **November 4, 2011**. This case is not expected to settle (two mediations to date have failed), or be removed from the trial docket. Attached as Exhibit A is the Agreed Scheduling Order confirming the April 6, 2015 trial setting.

2. On March 4, 2015, the undersigned Appellees' counsel conferred with Appellant's counsel to inquire if he would oppose the continuance. Appellant's counsel stated he agreed to the continuance, but that he is currently set for trial the week of April 20, 2015.

3. Per Texas Rules of Appellate Procedure 10.5(c) all parties agree to the continuance and the continuance is supported by sufficient cause.

4. For these reasons stated above, Appellees' counsel respectfully moves this Court continue the submission and oral argument date of April 9, 2015 to a date after May 1, 2015.

5. Appellees' counsel does not seek this continuance for purposes of delay, but so that justice may be done.

WHEREFORE PREMISES CONSIDERED, Appellees' counsel respectfully requests that the submission and oral argument date currently set for April 9, 2015

be continued to a date after May 1, 2015, and that Appellees be granted all other relief to which they are justly entitled.

Respectfully submitted,

BEIRNE, MAYNARD & PARSONS, L.L.P.

*/s/ Matthew F. Wymer*
Matthew F. Wymer
State Bar No.
Email mwymer@bmpllp.com
112 E. Pecan, Suite 2750
San Antonio, Texas 78205
Telephone: (210) 582-0227
Facsimile: (210) 582-0231

**COUNSEL FOR APPELLEES**
**WHITWORTH-KINSEY #2, LTD.**
**WHITWORTH-KINSEY #3, LTD. AND**
**DAVID OLEN WHITWORTH**

## CERTIFICATE OF CONFERENCE

Counsel for Appellees conferred with Counsel for Appellant on March 4, 2015 regarding the continuance as set out in detail in this Motion. Counsel for Appellant is in agreement that the submission and oral argument date be continued to a date after May 1, 2015.

*/s/ Matthew F. Wymer*
Matthew F. Wymer

## CERTIFICATE OF SERVICE

I do hereby certify that a true and correct copy of the above and foregoing document was forwarded to all counsel listed below pursuant to the Texas Rules of Civil Procedure on the 5th day of March, 2015:

David S. Coale
Email dcoale@lynnllp.com
Jeffrey M. Tillotson
Email jtillotson@lynnllp.com
Christopher J. Schwegmann
Email cschwegmann@lynnllp.com
Lynn Tillotson Pinker & Cox, LLP
2100 Ross Avenue, Suite 2700
Dallas, Texas 75201
Telephone No. (214) 981-3800
Telecopier No. (214) 981-3839
**Counsel for Appellant**

Laird Palmer
Email lplaw@tstar.net
Law Offices of Laird Palmer
341 Ft. McKavitt
P. O. Box 860
Mason, Texas 76856
Telephone No. (325) 347-6350
Telecopier No. (325) 347-6334
**Co-Counsel for Appellee**

*/s/ Matthew F. Wymer*
Matthew F. Wymer

CAUSE NO. 2011-CI-17823

| | | |
|---|---|---|
| LARRY LITTLE, | § | IN THE DISTRICT COURT OF |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | |
| CITY OF LEON VALLEY ECONOMIC | § | 37TH JUDICIAL DISTRICT |
| DEVELOPMENT CORPORATION, | § | |
| | § | |
| | § | |
| Defendants. | § | BEXAR COUNTY, TEXAS |

## AGREED SCHEDULING ORDER

The Court makes the following Order to set the date of trial, control discovery and to schedule other necessary deadlines determining the subsequent course of this lawsuit.

IT IS HEREBY ORDERED that this case shall be conducted according to this Agreed Scheduling Order, and that the parties shall adhere to all deadlines related to this case, as follows:

| | DATE | DEADLINE |
|---|---|---|
| 1. | November 7, 2014 | PLAINTIFF'S PLEADINGS. All amendments and supplementation to the pleadings of any party seeking affirmative relief must be served by this date. This is also the deadline for those parties to join additional parties to the lawsuit. |
| 2. | November 21, 2014 | DEFENDANT'S PLEADINGS. All amendments and supplementation to any Defendant's pleadings must be served by this date. This is also the deadline for those parties to join additional parties to this lawsuit. |
| 3. | December 19, 2014 | MEDIATION. The Parties must mediate this case and the Mediation must be complete by this date. |

2060406v.1 005101/106034

| 4. | **December 5, 2014** | EXPERT WITNESS DESIGNATIONS OF PLAINTIFF shall be served by this date. The designation shall include the information listed in TRCP 194.2(f) and 195.2 for all retained and testifying experts. |
|---|---|---|
| 5. | **December 19, 2014** | EXPERT WITNESS DESIGNATIONS OF DEFENDANT shall be served by this date. The designation shall include the information listed in Rule 194.2(f) TRCP for all retained and testifying experts. |
| 6. | **January 6, 2015** | EXPERT CHALLENGES shall be on file by this date. |
| 7. | **February 27, 2015** | DISCOVERY, including depositions shall be completed by this date. Parties seeking discovery must serve requests sufficiently far in advance of the end of the discovery period so that the deadline for responding will be within the discovery period. Counsel may conduct discovery beyond this deadline by agreement. |
| 8. | **March 6, 2015** | DISPOSITIVE MOTIONS. All dispositive motions on file by this date. |
| 9. | **April 1, 2015** | DOCKET CALL will be held on this date at 9:00 a.m. |
| 10. | **April 6, 2015** | JURY TRIAL will be held on this date at 9:00 a.m. |

It is FURTHER ORDERED that the dates and times established in this Order may not be changed unless agreed to by all parties or with permission of the Court.

SIGNED on this _____ day of _____ **NOV -7 2014** , 2014.

**JOHN D. GABRIEL**

PRESIDING JUDGE 131ST DISTRICT COURT

2060406v.1 005101/106034

**AGREED AS TO FORM AND CONTENT:**

By: _____

Matthew F. Wymer
Texas Bar No: 24005234
BEIRNE, MAYNARD & PARSONS, L.L.P.
The Weston Centre
112 East Pecan St., Suite 2750
San Antonio, Texas 78205
(210) 582-0220 (Telephone)
(210) 582-0231 (Facsimile)

**ATTORNEY FOR PLAINTIFF**
**LARRY LITTLE**

By: _____

R. Gaines Griffin
Texas Bar No. 08464500
Steven M. Peña, Sr.
Texas Bar No. 00791425
S Devi Kumar
Texas Bar No. 24085421
DAVIDSON TROILO REAM & GARZA, PC
Northwest Center
7550 W. IH 10, Suite 800
San Antonio, Texas 78229
(210) 349-6484 (Telephone)
(210) 349-0041 (Facsimile)

**ATTORNEY FOR DEFENDANT,**
**CITY OF LEON VALLEY ECONOMIC**
**DEVELOPMENT CORPORATION**

2060406v.1 005101/106034